

# Notice of Service of Process

**DB2 / ALL**
**Transmittal Number: 20367866**
**Date Processed: 09/10/2019**

| | |
|---|---|
| **Primary Contact:** | Robert B. McIntosh<br>WestRock<br>1000 Abernathy Rd<br>Ste 125<br>Atlanta, GA 30328-5639 |
| **Electronic copy provided to:** | Yvonne Kot<br>Patricia Benjamin<br>Phil Brown |
| **Entity:** | WestRock Services, LLC<br>Entity ID Number  2864200 |
| **Entity Served:** | Westrock Services, LLC |
| **Title of Action:** | Mercedes McNeal vs. Westrock Services, LLC |
| **Document(s) Type:** | Notice and Complaint |
| **Nature of Action:** | Wrongful Termination |
| **Court/Agency:** | Clinton County District Court, IA |
| **Case/Reference No:** | LACV046143 |
| **Jurisdiction Served:** | Iowa |
| **Date Served on CSC:** | 09/09/2019 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | John F. Doak<br>309-797-3000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**EXHIBIT A**

E-FILED   2019 AUG 28 2:13 PM CLINTON - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR CLINTON COUNTY

| | |
|---|---|
| MERCEDES McNEAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No: LACV046143 |
| v. | ) |
| | ) **ORIGINAL NOTICE** |
| WESTROCK SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

TO THE ABOVE NAMED DEFENDANT: **Westrock Services, LLC c/o Corporation Service Company, 505 – 5th Avenue, Ste. 729, Des Moines, IA 50309**

You are hereby notified that there is now on file in the office of the clerk of the above court, a Petition in the above-entitled action, a copy of which petition is attached hereto. The plaintiff's attorney is John F. Doak, Katz Nowinski P.C., whose address is 1000 - 36th Avenue, Moline, IL 61266-0950, telephone: 309-797-3000, fax: 309-797-2167, E-mail: jdoak@katzlawfirm.com

You are further notified that unless, within twenty (20) days after service of this Original Notice upon you, you serve, and within a reasonable time thereafter file, a motion or answer in the Iowa District Court for Scott County, at the county courthouse in Davenport, Iowa, judgment by default will be rendered against you for the relief demanded in the Petition.

(SEAL)

                                                                      CLERK OF THE COURT
                                                                      Clinton County Courthouse
                                                                      Clinton, Iowa

If you require the assistance of auxiliary aids
or services to participate in court because of a
disability, immediately call your district ADA
coordinator at 563/328-4145. (If you are hearing
impaired, call Relay Iowa TTY at 1-800-735-2942.)

E-FILED  2019 AUG 28 2:36 PM CLINTON - CLERK OF DISTRICT COURT

# STATE OF IOWA JUDICIARY

Case No. LACV046143
County Clinton

Case Title  MERCEDES MCNEAL VS. WESTROCK SERVICES, LLC

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(563) 328-4145** .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued   08/28/2019 02:36:20 PM



District Clerk of Clinton          County
/s/ Debora Taplin

E-FILED  2019 AUG 28 2:13 PM CLINTON - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR CLINTON COUNTY

| | |
|---|---|
| MERCEDES McNEAL, | ) |
| Plaintiff, | ) ) ) No: LACV046143 |
| v. | ) ) **PETITION AT LAW** |
| WESTROCK SERVICES, LLC, | ) ) |
| Defendant. | ) ) |

Plaintiff, Mercedes McNeal, by and through her attorneys, Katz Nowinski, P.C., for her Petition at Law against the Defendant, WESTROCK SERVICES, LLC, states:

## VIOLATION OF IOWA CODE § 730.5

1. Plaintiff Mercedes McNeal ("Plaintiff" or "Ms. McNeal") is and was a citizen of the State of Iowa at all times relevant to this Complaint.

2. WESTROCK SERVICES, LLC ("Defendant" or "WestRock") is and was a Georgia limited liability company authorized to do business in the State of Iowa at all times relevant to this cause of action.

3. Plaintiff, at all times relevant to this cause of action, was employed on a full-time basis by Defendant at its Clinton, Iowa, location, from July 5, 2018, until she was terminated on March 14, 2019.

4. On March 14, 2019, Ms. McNeal began her workday at 7:30 a.m.

5. However, Ms. McNeal had previously requested time off starting at 8:30 a.m. on March 14, 2019, to take her son to a doctor's appointment, and Ms. McNeal's request had been approved by her supervisor, Bethany Frasier, the week before.

1

6. Ms. McNeal's son has an iron deficiency that requires him to see a doctor twice a month.

7. Ms. McNeal was leaving her work area for her son's doctor's appointment when a WestRock human resources representative named Deb H. (hereinafter "Deb") stopped Ms. McNeal's departure and informed Ms. McNeal that she had to undergo a random drug test.

8. Ms. McNeal informed Deb that she was leaving for her son's doctor's appointment, and that she had been given permission to do so.

9. Nonetheless, Deb told Ms. McNeal, "You have to come upstairs now."

10. Two human resource representatives of WestRock informed Ms. McNeal that she could not leave because, pursuant to the company policy, Ms. McNeal was required to submit to a drug test, and if she did not provide an adequate sample, Ms. McNeal would be subject to immediate termination.

11. The second human resources representative, Jaime Naughton, asked Ms. McNeal if not providing an adequate urine sample was worth losing her job.

12. Ms. McNeal informed Deb and Jaime that she had no choice, as she had to take her son to his doctor's appointment, and she was going to leave to do just that.

13. WestRock, by and through its agents and human resource representatives terminated Ms. McNeal on March 14, 2019 for leaving to take her son to the son's doctor's appointment in lieu of staying to provide an adequate urine sample.

14. Ms. McNeal, a then full-time employee of WestRock, had been excused from work pursuant to company policy prior to the drug test, as Ms. McNeal requested

2

time off the week before for her son's doctor's appointment, and her supervisor, Bethany Frasier, had granted that request.

15. Pursuant to Iowa law, Ms. McNeal was excluded from the pool of employees subject to drug testing during the time leave had been approved. (see Iowa Code 730.5(8)(a)(1)-(2) ).

16. WestRock violated Iowa Code § 730.5(8)(a)(1)-(2) by requiring Ms. McNeal, who should have been excluded from the "drug testing pool," to submit to the drug test during her pre-approved time off and by terminating her for her failure to stay and provide an adequate urine sample when she had been approved for leave.

17. Ms. McNeal has suffered damages for which she seeks such affirmative relief and equitable relief as contemplated by Iowa Code 730.5(15) including lost wages and benefits, loss of employment (for which she seeks reinstatement, or alternatively, front pay), compensatory damages including emotional distress and loss of enjoyment of life, prejudgment interest on all amounts as allowed by Iowa law, attorney's fees and costs, including expert witness fees.

WHEREFORE, Mercedes McNeal hereby requests that this Court enter judgment in her favor and against WESTROCK SERVICES, LLC, for affirmative relief including back wages and benefits, loss of employment, reinstatement or front pay, compensatory damages, plus prejudgment interest and the costs of the action, and an amount equal to reasonable attorneys' fees and court costs, including expert witness fees, pursuant to §

730.5(15)(a)(1), and that the court grant such other and further equitable relief as the court deems necessary and appropriate.

Mercedes McNeal,
Plaintiff,

by: /s/ John F. Doak
John F. Doak, No. 0002143
Katz Nowinski P.C.
Attorneys for Plaintiff
1000 36th Avenue
Moline, IL 61265
Telephone: (309) 797-3000
Facsimile: (309) 797-3330
Email: jdoak@katzlawfirm.com

**PLAINTIFF SEEKS A TRIAL BY JURY**

4

E-FILED  2019 AUG 28 2:13 PM CLINTON - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR CLINTON COUNTY

| | |
|---|---|
| MERCEDES McNEAL, | ) |
| Plaintiff, | ) |
| | ) No: LACV046143 |
| v. | ) |
| WESTROCK SERVICES, LLC, | ) |
| Defendant. | ) |

## JURY DEMAND

Now comes the plaintiff, Mercedes McNeal by and through her attorneys, Katz Nowinski P.C. and hereby seeks a trial by jury in the above referenced matter.

MERCEDES McNEAL,
Plaintiff

By: _____
John F. Doak
No. 0002143

For:
KATZ NOWINSKI P.C.
1000 - 36th Avenue
Moline, IL 61265-7126
Telephone: 309/797-3000
Fax: 309-797-2167
E-mail: jdoak@katzlawfirm.com