UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| MERCEDES McNEAL, | ) |
| Plaintiff, | ) Case No. 19-cv-00070-SMR-CFB |
| vs. | ) (Removed from District Court of Clinton County, Iowa, Case No. LACV046143) |
| WESTROCK SERVICES, LLC, | ) |
| Defendant. | ) |

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Mercedes McNeal and Defendant WestRock Services, LLC, by and through their respective undersigned counsel, hereby provide notice that this action is voluntarily dismissed with prejudice, with all parties to bear their own costs and attorney's fees.

Dated this 5 day of December, 2019.

| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. | KATZ NOWINSKI P.C. |
|---|---|
| | s/ John F. Doak |
| /s/ Christine E. Bestor Townsend | John F. Doak, AT0002143 |
| Christine E. Bestor Townsend, AT0012175 | 1000 – 36th Avenue |
| 1243 N. 10th Street, Suite 200 | Moline, IL 61265-7126 |
| Milwaukee, WI 53205 | Phone: (309) 797-3000 |
| Phone: (414) 239-6413 | Fax: (309) 797-2167 |
| Fax: (414) 755-8289 | Email: jdoak@katzlawfirm.com |
| christine.townsend@ogletreedeakins.com | |
| | **ATTORNEYS FOR PLAINTIFF MERCEDES McNEAL** |
| **ATTORNEYS FOR DEFENDANT WESTROCK SERVICES, LLC** | |

40916802.1

1